## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ANABELA BENTZINGER,**<br><br>  Plaintiff,<br><br>v.<br><br>**BLUEGREEN VACATIONS UNLIMITED, INC.,**<br><br>  Defendant. | Civil Case No.: 18-cv-02577 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil procedure, Plaintiff Anabela Bentzinger through her counsel, hereby gives notice that the above-captioned action is dismissed with prejudice and without costs to either party.

Dated: May 18, 2018

/s/ Jeremy M. Glapion
Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150

Attorney for Plaintiff

/s/ Michael A. Innes
Michael A. Innes
**Carella, Byrne, Cecchi, Olstein,**
  **Brody & Agnello, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel:  973-994-1700
Fax:  973-994-1744

Attorneys for Defendant